UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:
Acis Capital Management, L.P.

                      Debtor(s)

Highland Capital Management, LP and Neutra, Ltd. and
Highland CLO Funding, Ltd.
                      Appellant(s)
   vs.
Robin Phelan, Chapter 11 Trustee
                      Appellee(s)

Case No.: 18–30264–sgj11
Chapter No.: 11

## NOTICE OF TRANSMITTAL

I am transmitting:

- ☐ The Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).
- ☐ The Motion for Stay Pending Appeal (USDC Action No. – DNC Case).
- ☐ The Proposed Findings of Fact and Conclusions of Law.
- ☐ The Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).
- ☐ On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.
- ☐ Other
- ☑ Copies of: Notice of appeal, appealed order and supporting documents

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (214) 753–2200.

DATED: 2/5/19

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Sheniqua Whitaker, Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.: 18–30264–sgj11

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Stacey G. Jernigan
    Anna Saucier
    Laura Smith
    Attorney(s) for Appellant
    US Trustee
    Robin Phelan

**Appellant**   Highland Capital Management, LP and Neutra, Ltd.

Holland N. ONeil
Jason B. Binford
Melina N. Bales
Foley Gardere
Foley & Lardner LLP
2021 McKinney, Suite 1600
Dallas, Texas 75201
Tel: 214.999.3000

Michael K. Hurst
A. Shonn Brown
Ruben A. Garcia
Lynn Pinker Cox & Hurst LLP
2100 Ross Avenue, Ste. 2700
Dallas, Texas 75201
Tel: 214.981.3800

**Appellant**   Highland CLO Funding, Ltd.

Mark M. Maloney
W. Austin Jowers
Paul R. Bessette
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309
404–572–4600

**Appellee**   Robin Phelan, Chapter 11 Trustee

Jeff P. Prostok
J. Robert Forshey
Suzanne K. Rosen
Matthew G. Maben
Forshey & Prostok LLP
777 Main Street, Suite 1290
Fort Worth, Texas 76102
Tel: 817.877.8855

Rakhee V. Patel
Phillip L. Lamberson
Joseph J. Wielebinski, Jr.
Annmarie Antoniette Chiarello
Winstead PC
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Tel: 214.745.5400

| | | |
|---|---|---|
| In Re: <br> Acis Capital Management, L.P. <br><br> Debtor(s) | § <br> § <br> § <br> § | Case No.: 18–30264–sgj11 <br> Chapter No.: 11 |

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) APPELLANT**
Highland Capital Management, LP, Neutra, Ltd., and Highland CLO Funding, Ltd.

**APPELLEE**
Robin Phelan, Chapter 11 Trustee

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Attorney for Appellants: Highland Capital Management, LP and Neutra, Ltd.

Holland N. ONeil
Jason B. Binford
Melina N. Bales
Foley Gardere
Foley & Lardner LLP
2021 McKinney, Suite 1600
Dallas, Texas 75201
Tel: 214.999.3000

Michael K. Hurst
A. Shonn Brown
Ruben A. Garcia
Lynn Pinker Cox & Hurst LLP
2100 Ross Avenue, Ste. 2700
Dallas, Texas 75201
Tel: 214.981.3800

Attorney for Appellant: Highland CLO Funding, Ltd.
Mark M. Maloney
W. Austin Jowers
Paul R. Bessette
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309
404–572–4600

Attorney's (If Known)
Jeff P. Prostok
J. Robert Forshey
Suzanne K. Rosen
Matthew G. Maben
Forshey & Prostok LLP
777 Main Street, Suite 1290
Fort Worth, Texas 76102
Tel: 817.877.8855

Rakhee V. Patel
Phillip L. Lamberson
Joseph J. Wielebinski, Jr.
Annmarie Antoniette Chiarello
Winstead PC
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Tel: 214.745.5400

**II. BASIS OF JURISDICTION**

○ 1  U.S. Government Plaintiff
○ 2  U.S. Government Defendant
● 3  Federal Question (U.S. Government Not a Party)
○ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated *or* Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated *and* Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. NATURE OF SUIT**

● 422 Appeal 28 USC 158     ○ 423 Withdrawal 28 USC 157     ○ 890 Other Statutory Actions

**V. ORIGIN**

● 1 Original Proceeding
○ 2 Removed from State Court
○ 3 Remanded from Appellate Court
○ 4 Reinstated or Reopened
○ 5 Transferred from another district
○ 6 Multidistrict Litigation
○ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
422 Appeal 28 USC 158

Brief description of cause:
Notice of appeal of a bankruptcy court order

---

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

---

**VIII. RELATED CASE(S) IF ANY**
Judge: Fitzwater                              Docket Number: 3:18–CV–01822, 3:18–CV–01056

DATED: 2/5/19

FOR THE COURT:
Robert P. Colwell, Clerk of Court
by: /s/Sheniqua Whitaker, Deputy Clerk