# United States Court of Appeals
# for the Fifth Circuit

—————

No. 19-10847

—————

United States Court of Appeals
Fifth Circuit

**FILED**

June 17, 2021

Lyle W. Cayce
Clerk

In the Matter of: Acis Capital Management, L.P.,

*Debtor*,

------------------------------

Neutra Limited;

*Appellant*,

*versus*

Robin E. Phelan, Chapter 11 Trustee,

*Appellee*.

—————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:19-CV-291

—————————————————

No. 19-10847

Before SMITH, HO, and OLDHAM, *Circuit Judges*.

PER CURIAM:*

Having thoroughly reviewed the parties' briefs and arguments, we conclude the district court's judgment affirming the bankruptcy court's order confirming the Chapter 11 plan must be AFFIRMED. We further conclude the appeal of the district court's plan injunction is moot and must be DISMISSED.

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.