United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 17, 2021
Lyle W. Cayce
Clerk

No. 19-10847

In the Matter of: Acis Capital Management, L.P.,

*Debtor*,

------------------------------

Neutra Limited;

*Appellant*,

*versus*

Robin E. Phelan, Chapter 11 Trustee,

*Appellee*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:19-CV-291

_____

Before Smith, Ho, and Oldham, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

No. 19-10847

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART and DISMISSED IN PART.

IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court.

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 09, 2021

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

     No. 19-10847   Neutra v. Phelan
                       USDC No. 3:19-CV-291

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

                                 Sincerely,

                                 LYLE W. CAYCE, Clerk

                                 By: _____
                                 Melissa B. Courseault, Deputy Clerk
                                 504-310-7701

cc w/encl:
    Ms. Annmarie Antoniette Chiarello
    Mr. Phillip Lewis Lamberson
    Mr. Jeffrey Scott Levinger
    Mrs. Rakhee V. Patel